UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

ANSARI MOHAMAD,

    Plaintiff,

v.   Case No: 6:24-cv-2354-JSS-LHP

LAWGICAL INSIGHT LLC,
ANDREW BAUTA, MICHAEL
RUSSO, ROTTENSTREICH FARLEY
BRONSTEIN FISHER POTTER
HODAS LLP, MELIZA MILLER,
RICHARD I. SEGAL, CENTRAL
FLORIDA TAX AND
ACCOUNTING, INC, ANEES
AHMAND TANOLI, SIGMA TAX
PRO LLC and GRANT
HEMMINGWAY,

    Defendants.

## ORDER TO SHOW CAUSE

    Upon review, the Complaint in this action was filed on December 27, 2024. Plaintiff has failed to effect proper service on Defendant Central Florida Tax and Accounting, Inc. within the 90 days allowed by Federal Rule of Civil Procedure 4(m) or as further extended by the Court.

    Therefore, it is **ORDERED** that Plaintiff shall **SHOW CAUSE** within **fourteen (14)** days from the date of this Order why the case against Central Florida Tax and Accounting, Inc. should not be dismissed for failure to comply with the Federal Rules

of Civil Procedure 4(m). Failure to respond to this Order may result in dismissal of this case without further notice from the Court.

**ORDERED** in Orlando, Florida, on April 4, 2025.

JULIE S. SNEED
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel of Record