UNITED STATES DISTRICT COURT MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

ANSARI MOHAMAD,

    Plaintiff,

v.                                                            Case 6:24-cv-02354-JSS-LHP

LAWGICAL INSIGHT, LLC,
et al.
    Defendants.
_____/

## PLAINTIFF'S, ANSARI MOHAMAD, NOTICE OF FILING SUPPLMENTAL AUTHORITY IN SUPPORT OF MEMORANDUM OF LAW IN OPPOSITION TO MOTION TO DISMISS (D.E. 47)

*Wyndham Vacation Ownership, Inc. et al v. Reed Hein & Associates*, LLC et al. No. 6:18-cv-02171, D.E. 374 at 5-6 (M.D. Fla. Nov. 5 , 2021); D.E. 47, page 17 ¶ 1:2.

Given FDUTPA's liberal construction, a violation of a legal ethics rule can potentially qualify as a deceptive act or unfair trade practice under the Act citing *Kelly v. Nelson, Mullins, Riley & Scarborough, L.L.P.*, No. 8:01CV1176T27, 2004 WL 4054841, at *8–9 (M.D. Fla. Nov. 17, 2004); *see also Haynes v. Yale-New Haven Hosp.*, 699 A.2d 964, 972–73 (Conn. 1997) (analogous Connecticut Unfair Trade Practices statute applies to the "entrepreneurial or commercial aspects of the profession of law").

Dated: May 9, 2025

                                      Respectfully submitted,

                         J. BRIAN PHILLIPS, P.A. ATTORNEY AT LAW

/s/ Jason Brian Phillips, Esquire
Jason Brian Phillips, Esq.
Florida Bar No: 0089841
J. BRIAN PHILLIPS, P.A. Attorney at Law
P.O. Box 621176
Orlando, FL 32862-1176
Tel. (407) 493-7183
jason@jbrianphillipsesq.com
celina.reis@jbrianphillipsesq.com
Attorney for the Plaintiff, Ansari Mohamad

CERTIFICATE OF SERVICE

I hereby certify that on this 9th day of May 2025, a copy of the foregoing is being served upon all counsel of record by CM/ECF.

/s/ Jason Brian Phillips, Esquire
Jason Brian Phillips, Esq.
Florida Bar No: 0089841