**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

ANSARI MOHAMAD,

    Plaintiff,

v.

LAWGICAL INSIGHT LLC, ANDREW BAUTA, MICHAEL RUSSO, ROTTENSTREICH FARLEY BRONSTEIN FISHER POTTER HODAS LLP, MELIZA MILLER, RICHARD I. SEGAL, CENTRAL FLORIDA TAX AND ACCOUNTING, INC, ANEES AHMAND TANOLI, SIGMA TAX PRO LLC and GRANT HEMMINGWAY,

    Defendants   /

CASE NO.: 6:24-cv-2354-JSS-LHP

## RESPONSE IN OPPOSITION TO PLAINTIFF'S MOTION FOR ENTRY OF CLERK'S DEFAULT

Pursuant to Federal Rule of Civil Procedure 55, Defendants Anees Ahmand Tanoli ("Tanoli") and Central Florida Tax and Accounting, Inc. ("CFTA," collectively, "Defendants"), by and through undersigned counsel, respond in opposition to Plaintiff Ansari Mohamad's ("Plaintiff") Motion for Entry of Clerk's Default (Doc. 91) as follows:

### BACKGROUND

1. On April 14, 2025, Plaintiff filed an affidavit from a process server

attesting to effecting service on CFTA on January 24, 2025. (Doc. 49).

2. On July 21, 2025, the Court entered an Order to Show Cause demanding Plaintiff explain why Tanoli should not be dismissed from this action since Plaintiff had not timely moved for entry of clerk's defaults against them. (Doc. 91) (citing Local Rule 1.10(d)). The Court noted that Plaintiff had filed poof of service on Tanoli via substitute service on June 5, 2025—putting Plaintiff months past Local Rule 1.10(a)'s 28-day deadline. (*Id.*).

3. Ten days later, Plaintiff filed an unsworn and unverified motion for entry of clerk's default against Defendants, unaccompanied by any exhibits. (Doc. 92). The next day, Plaintiff filed a response to the Court's OTSC explaining that he had failed to move for a clerk's default by mistake and apologized. (Doc. 93).

4. On August 8, 2025, Defendants hired the undersigned to represent them in this matter, who promptly filed a notice of appearance with the Court. (Doc. 94).

5. As of August 8, 2025, the Clerk has not granted Plaintiff's Motion and entered a default.

## ANALYSIS

Federal Rule of Civil Procedure 55(a) only allows entry of a clerk's default where a defendant has "failed to plead or otherwise defend" against the action, "and that failure is shown by affidavit or otherwise." For purposes of the rule, a party who has retained counsel, filed a notice of appearance, and moved to oppose entry of default (or to set an existing aside) has manifested a clear intent to defend the action, precluding entry of default. *E.g.*, *Scheibel v. Grillakis*, No. 6:23-cv-567-UAM, 2025 U.S.

Dist. LEXIS 34083, at *6 (M.D. Fla. Feb. 26, 2025) (denying entry of default because defendant had "shown an intent to defend itself in this action by retaining counsel" and filing a notice of appearance); Fed. R. Civ. P. (55) advisory committee's note to 2007 amendment ("Acts that show an intent to defend have frequently prevented a default even though not connected to any particular rule."); *see also Ferguson v. Budget Rent A Car Sys.*, No. 6:23-cv-633-PGB-EJK, 2024 U.S. Dist. LEXIS 107969, at *27 (M.D. Fla. June 18, 2024) (finding defendant who waived service and participated in discovery, but never filed an answer, likely "otherwise defend[ed]" the action). Further, "defaults are seen with disfavor because of the strong policy of determining cases on their merits." *Fla. Physician's Ins. Co., Inc. v. Ehlers*, 8 F.3d 780, 783 (11th Cir. 1993).

Here, Defendants have retained counsel, who now appears before the Court, and intend to defend the action. (Doc. 94). Further, a motion for extension of time to file a responsive pleading is forthcoming shortly. *See* Fed. R. Civ. P. 6(b)(1)(B). Accordingly, the Clerk must not enter a default because Plaintiffs have no longer failed to "otherwise defend" the action and, with leave of the Court, shall also plead.

Dated:  August 8, 2025

Respectfully Submitted,

 /s/ Christopher R. Skambis
Christopher R. Skambis
Florida Bar # 1044535
Dinsmore & Shohl, LLP
225 East Robinson Street, Suite 600
Post Office Box 2854
Orlando, Florida 32802-2854

                                        Telephone: (407) 425-9044
                                        Facsimile: (407) 423-2016
                                        Primary: chip.skambis@dinsmore.com
                                        Alt: yesenia.labrador@dinsmore.com
                                        **Lead Attorney for Anees Ahmand Tanoli and Central Florida Tax and Accounting, Inc.**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 8th day of August, 2025, I electronically filed the foregoing with the Clerk of the District Court for the Middle District of Florida by using the CM/ECF system.

                                          /s/ *Christopher R. Skambis*
                                          Christopher R. Skambis, Esq.