**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

ANSARI MOHAMAD,

        Plaintiff,

v.   Case No:   6:24-cv-2354-JSS-LHP

LAWGICAL INSIGHT LLC,
ANDREW BAUTA, MICHAEL
RUSSO, ROTTENSTREICH FARLEY
BRONSTEIN FISHER POTTER
HODAS LLP, MELIZA MILLER,
RICHARD I. SEGAL, CENTRAL
FLORIDA TAX AND ACCOUNTING,
INC, ANEES AHMAND TANOLI,
SIGMA TAX PRO LLC and GRANT
HEMMINGWAY,

        Defendants

## ORDER TO STRIKE

Upon consideration of Defendants Meliza Miller, Richard I. Segal, and Rottenstreich Farley Bronstein Fisher Potter Hodas LLP's Notice of Unavailability of Counsel (Doc. No. 99), it is **ORDERED** that the Notice is hereby **STRICKEN**. *See* Local Rule 3.08(c).

**DONE** and **ORDERED** in Orlando, Florida on August 18, 2025.

*Leslie Hoffman Price*

LESLIE HOFFMAN PRICE
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record