# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION
### Case 6:24-cv-02354-JSS-LHP

ANSARI MOHAMAD, on behalf of
himself  and others similarly situated,

      Plaintiffs,

v.

CENTRAL FLORIDA TAX AND
ACCOUNTING, INC., ANEES AHMAD
TANOLI, LAWGICAL INSIGHT, LLC,
ANDREW BAUTA, MICHAEL RUSSO,
ROTTENSTREICH FARLEY
BRONSTEIN FISHER POTTER
HODAS LLP, MELIZA MILLER,
RICHARD I. SEGAL,

      Defendants.

_____/

## DEFENDANTS', ROTTENSTREICH FARLEY BRONSTEIN FISHER POTTER HODAS LLP, MELIZA MILLER, AND RICHARD I. SEGAL UNOPPOSED MOTION FOR LEAVE TO FILE A REPLY IN SUPPORT OF DEFENDANTS' MOTION FOR AWARD OF ATTORNEYS' FEES AND COSTS

      Defendants, Rottenstreich Farley Bronstein Fisher Potter Hodas LLP, Meliza Miller, and Richard I. Segal (collectively, "Lawyer Defendants"), pursuant to Local Rule 3.01(d), hereby move, unopposed, for leave to file a Reply in support of Defendants' Motion for Award of Attorneys' Fees and Costs ("Motion") [D.E. 116] and state as follows:

      1.    On October 3, 2025, Lawyer Defendants filed their Motion

following this Court's dismissal with prejudice of Plaintiffs' Amended Complaint asserting violations of the Florida Deceptive and Unfair Trade Practices Act ("FDUTPA"), §§ 501.201–213, Fla. Stat. D.E. 116.

2.      On October 11, 2025, Plaintiffs filed their Response in Opposition arguing that there has not been a final judgment, FDUTPA expressly prohibits the award or adjudication of attorneys' fees until after the conclusion of all appellate proceedings, and the equitable factors under *Humane Soc'y of Broward Cty. v. Fla. Humane Soc'y*, 951 So. 2d 966, 971–72 (Fla. 4th DCA 2007), do not support a fee award. D.E. 102.

3.      Lawyer Defendants' Motion adequately explains that a dismissal with prejudice constitutes a final judgment sufficient to trigger entitlement to fees under FDUTPA. D.E. 116.

4.      Lawyer Defendants' seek leave to file a Reply and address Plaintiffs' contention that fees cannot be adjudicated until appellate proceedings conclude. In addition, Lawyer Defendants' Motion generally addresses the equitable factors, but a reply is further necessary to directly respond to Plaintiffs' interpretation of FDUTPA's fee-shifting provision and to clarify how the seven equitable factors support an award in this case.

5.      Lawyer Defendants request leave to file a short, three (3) page reply in support of their Motion to address the matters set forth herein. This Motion is being brought in good faith and for the purpose of aiding the Court

in its consideration of the issues presented.

**WHEREFORE**, Lawyer Defendants respectfully request that the Court grant leave to file a reply of no more than three (3) pages in support of their Motion for Award of Attorneys' Fees and Costs.

## LOCAL RULE 3.01(G) CERTIFICATION

The undersigned hereby certifies that on October 13, 2025, counsel for Defendants conferred with Plaintiffs' counsel and Plaintiffs' counsel does not oppose the relief sought herein.

## CERTIFICATE OF SERVICE

I hereby certify that on this 13th day of October 2025, a copy of the foregoing is being served upon all counsel of record by CM/ECF.

Dated: October 13, 2025            Respectfully submitted,

COLE, SCOTT & KISSANE, P.A.
*Counsel for Lawyer Defendants*
Esperante Building
222 Lakeview Ave., Suite 500
West Palm Beach, Florida 33401
Jonathan.vine@csklegal.com
Natalie.lahera@csklegal.com
Telephone: (561) 383-9200
Facsimile: (561) 683-8977

By: */s/ Natalie Lahera*
Jonathan Vine, Esq.
Florida Bar. No.: 10966
Natalie Lahera, Esq.
Florida Bar No. 1049235