UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

ANSARI MOHAMAD,
SHAMEENA MOHAMAD, and
ANN ZEBEEDA MOHAMED,

      Plaintiffs,

v.

                                Case 6:24-cv-02354-JSS-LHP

LAWGICAL INSIGHT, LLC,
et al.

      Defendants.
_____/

## **PLAINTIFFS' SHAMEENA MOHAMAD AND ANN ZEBEEDA MOHAMED, NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiffs, SHAMEENA MOHAMAD and ANN ZEBEEDA MOHAMED, hereby gives notice that this action is voluntarily dismissed against all Defendants. Neither Defendant has served an answer or motion for summary judgment in this action.

Dated: October 29, 2025

                                      Respectfully submitted,

                                      J. BRIAN PHILLIPS, P.A.ATTORNEY AT LAW

/s/ Jason Brian Phillips, Esq.
Jason Brian Phillips, Esq.
Florida Bar No.: 0089841
37 North Orange Avenue, Suite 222
Orlando, Florida 32801
Tel: (407) 493-7183
jason@jbrianphillipsesq.com
celina.reis@jbrianphillipsesq.com
Counsel for Plaintiffs